IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TERRY PHILLIPS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-57-JDK-KNM |
| | § | |
| SMITH COUNTY, TEXAS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636. On October 6, 2025, Judge Mitchell issued a Report and Recommendation, recommending that the claims against Deputy Denworth, Deputy Stockwell, Deputy Rugg, and Deputy Peters be dismissed without prejudice for failure to timely effect service pursuant to Federal Rule of Civil Procedure 4(m). Docket No. 13. No written objections have been filed.

This Court reviews the findings and conclusions of Judge Mitchell de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

1

The parties did not object in the prescribed period. The Court therefore reviews Judge Mitchell's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 916 (1989) (holding that the standard of review is "clearly erroneous, abuse of discretion and contrary to law" if no objections to a Magistrate Judge's Report are filed).

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation (Docket No. 13) is **ADOPTED**. The claims against Deputy Denworth, Deputy Stockwell, Deputy Rugg, and Deputy Peters are **DISMISSED** without prejudice.

**So ordered and signed on this**
Oct 22, 2025

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE